UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
YOLANDA ORTIZ *ex rel.* ESTATE OF JUAN ORTIZ,                        :
                                                                     :
                                  Plaintiff,                         :            22-CV-10385 (JMF)
                                                                     :
              -v-                                                    :            ORDER
                                                                     :
ARCHCARE AT TERENCE CARDINAL COOKE                                   :
HEALTH CARE CENTER et al.,                                           :
                                                                     :
                                  Defendants.                        :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that all parties appear for a conference with the Court on
**December 14, 2022**, at **11:30 a.m.**  The parties should be prepared to discuss the Court's
subject-matter jurisdiction over this matter and whether any briefing on that issue should be
stayed pending the Second Circuit's decisions in *Leroy v. Hume*, No. 21-2158 (2d Cir. Sept. 9,
2021); *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, No. 21-2164 (2d Cir.
Sept. 9, 2021); and/or *Solomon v. St. Joseph Hospital*, No. 21-2729 (2d Cir. Oct. 28, 2021).

      The conference will be held remotely by telephone in accordance with Rule 3.B of the
Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-
jesse-m-furman.  The parties should join the conference by calling the Court's dedicated
conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#)
key.  Counsel should review and comply with the rules regarding teleconferences in the Court's
Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties,
**no later than 24 hours before the conference**, to send a joint email to the Court with the names
and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and
the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: December 12, 2022
      New York, New York
                         JESSE M. FURMAN
                         United States District Judge