

Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ∵
Kiki Chrisomallides*
Dylan Braverman
Adam S. Covitt

Kevin D. Porter
Susan Vari

Brian Andrews
Margaret Antonino* ■
Edward J. Arevalo
Robert Boccio
Bruce Brady *
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Jason Lavery *
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis –
Jennifer M. Lobaito
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Vincent Nagler **
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Nicole M. Varisco
Julia F. Wilcox ∵
Arthur I. Yankowitz**

Danielle Bennett ∆
Theresa A. Bohm
Angela R. Bonica *
Julia Combs †
Christine Crane
Michael P. Diven * ** ∵
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Jillian Kuper †
Christian McCarthy
John O'Brien
Daniel O'Connell * ■
Kara Ognibene †
Emily Phillips
Alesha N. Powell * **
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Tyler Weingarten †
Alexandra Zerrillo * ** ∵

*Of Counsel*
Patricia M. Comblo ∵ ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
∵ Admitted to Practice in CO
† Admission Pending

<div style="color:blue">
Application GRANTED. The conference previously scheduled for December 14, 2022, is hereby ADJOURNED to **January 11, 2023**, at **10:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

*[signature]*

December 13, 2022
</div>

December 12, 2022

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The Estate of Juan Ortiz, by his Proposed Administrator, Yolanda Ortiz v. Archcare at Terence Cardinal Cooke Health Care Center*
            Case No. 1:22-cv-10385-JMF

Dear Judge Furman:

    The undersigned represents Defendant Archcare at Terence Cardinal Cooke Health Care Center ("Defendant") in the above-referenced action. We have met and conferred with counsel for Plaintiff and the parties <u>jointly</u> submit this request to adjourn the initial conference, currently scheduled for December 14, 2022.

    Defense counsel Dylan Braverman and I will be out of the country on business on December 14, 2022. To avoid further scheduling conflicts with the upcoming holidays, the parties respectfully ask the Court to adjourn the initial conference until the week of January 9, 2023.

    We thank the Court in for its continued attention to this matter.

                                      Sincerely,

                                      *Megan A. Lawless*
                                      Megan A. Lawless (ML3227)
                                      (m.lawless@vbpnplaw.com)

TO: (via CM/ECF)
Joseph Ciaccio, Esq.
**NAPOLI SHKOLNIK, PLLC**
*Attorneys for Plaintiff*
400 Broadhollow Road – Suite 305
Melville, NY 11747