UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOLANDA ORTIZ *ex rel.* ESTATE OF JUAN ORTIZ,

          Plaintiff,

    -v-

ARCHCARE AT TERENCE CARDINAL COOKE
HEALTH CARE CENTER et al.,

          Defendants.
------------------------------------------------------------------X

22-CV-10385 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's December 27, 2022 Order, ECF No. 10, Plaintiff was required to file a letter, the contents of which are described therein, by January 4, 2023. Plaintiff has yet to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 9, 2023**.

    SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                              JESSE M. FURMAN
                                             United States District Judge