UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YOLANDA ORTIZ *ex rel.* ESTATE OF JUAN ORTIZ, :
:
                Plaintiff, :          22-CV-10385 (JMF)
:
    -v- :          ORDER
:
ARCHCARE AT TERENCE CARDINAL COOKE :
HEALTH CARE CENTER et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- This case is STAYED pending the Second Circuit's rulings in *Leroy v. Hume*, No. 21-2158 (2d Cir. Sept. 9, 2021); *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, No. 21-2164 (2d Cir. Sept. 9, 2021); and/or *Solomon v. St. Joseph Hospital*, No. 21-2729 (2d Cir. Oct. 28, 2021).

- Within forty-eight hours of a decision in any of the above cases, the parties shall submit a joint status letter to the Court on next steps.

    The Clerk of Court is directed to terminate ECF No. 9.

    SO ORDERED.

Dated: January 11, 2023
       New York, New York
                                              _____
                                                   JESSE M. FURMAN
                                             United States District Judge