UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YOLANDA ORTIZ *ex rel.* ESTATE OF JUAN ORTIZ, :
:
                     Plaintiff, :         22-CV-10385 (JMF)
:
      -v- :         ORDER
:
ARCHCARE AT TERENCE CARDINAL COOKE :
HEALTH CARE CENTER et al., :
:
                    Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 9, 2023, the Court ordered Defendants to show cause in writing why this case should not be remanded in light of the Second Circuit's decision in *Solomon v. St. Joseph Hospital*, 62 F.4th 54 (2d Cir. 2023). *See* ECF No. 16. Defendants did so. *See* ECF No. 17. The Court also gave Plaintiff until April 4, 2023, to reply to Defendants' brief, but Plaintiff has yet to do so. If Plaintiff does not file a reply by **April 13, 2023**, the Court will consider Defendants' brief as unopposed.

      SO ORDERED.

Dated: April 10, 2023
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                           United States District Judge