UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YOLANDA ORTIZ *ex rel.* ESTATE OF JUAN ORTIZ,    :
:
Plaintiff,    :    22-CV-10385 (JMF)
:
-v-    :    ORDER
:
ARCHCARE AT TERENCE CARDINAL COOKE    :
HEALTH CARE CENTER et al.,    :
:
Defendants.    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are ORDERED to submit supplemental briefs, no later than **April 28, 2023**, and not to exceed five pages, addressing the significance, if any, of the Second Circuit's decisions in *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Ctr.*, No. 21-2164-CV, 2023 WL 2926286 (2d Cir. Apr. 13, 2023), and *Leroy v. Hume*, No. 21-2158-CV, 2023 WL 2928353 (2d Cir. Apr. 13, 2023).  Among other things, the submissions should detail whether and how the complaint in this case differs from the complaints in those cases (to the extent that such differences bear on the question of whether the Court has subject-matter jurisdiction).

      SO ORDERED.

Dated: April 20, 2023                                      _____
       New York, New York                              JESSE M. FURMAN
                                                       United States District Judge